UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NICOLAS KERIAZIS,

       Plaintiff,                              Case No. 24-CV-0751 (PJS/DLM)

v.

UNITEDHEALTH GROUP INCORPORATED, et al.,

       Defendants.

---

ROBERT MACKEY,

       Plaintiff,                              Case No. 24-CV-0771 (DWF/JFD)

v.

UNITEDHEALTH GROUP INCORPORATED, et al.,

       Defendants.

---

SANDRA GROOM,

       Plaintiff,                              Case No. 24-CV-0915 (KMM/TNL)

v.

UNITEDHEALTH GROUP INCORPORATED, et al.,

       Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 24-CV-0751 (PJS/DLM) having been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Douglas L. Micko, and Case Nos. 24-CV-0771 (DWF/JFD) and 24-CV-0915 (KMM/TNL) having later been assigned to Judge Donovan W. Frank and Magistrate Judge John F. Docherty, and Judge Katherine M. Menendez and Magistrate Judge Tony N. Leung, respectively, said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 24-CV-0771 (DWF/JFD) and 24-CV-0915 (KMM/TNL) be assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Douglas L. Micko, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  March 15, 2024                         s/Patrick J. Schiltz
                                               Patrick J. Schiltz, Chief Judge
                                               United States District Court

Dated: March 15, 2024                          s/Donovan W. Frank
                                               Donovan W. Frank
                                               United States District Judge

Dated: March 15, 2024                          s/Katherine M. Menendez
                                               Katherine M. Menendez
                                               United States District Judge